**1251 HAYWARD vs. COMMON COUNCIL (Wayland), No. 11991.**

To compel approval of liquor bond.

Granted May 19, 1891, without costs.

Respondents cited Post vs. Sparta, 58 M., 212, but here the village was incorporated under Act No. 366, Laws of 1869, and not under the General Incorporation Laws approved April 1, 1875, as amended by Act No. 52, Laws of 1883. An ordinance, passed in April, 1887, prohibited the keeping of a saloon or the selling of intoxicating liquors in the village.

**1252 FRIESNER vs. COMMON COUNCIL, (Charlotte), No. 12745, . 91 M., 504.**

To compel approval of liquor bond.

Denied May 11, 1892.

Relator attacked the proceedings, for the prohibition of the traffic, had under Act No. 207, Laws of 1889.

**1253 POTTER vs. COMMON COUNCIL (Homer); 59 M., 8.**

To compel the Village Council to approve a liquor dealer's bond.

Granted January 13, 1886.

Held, that the Council has the same discretion in such matters and no more than that possessed by other persons called, upon to approve sureties; that they have no right to disregard affidavits without legal proof, or reject sureties without at once giving the reason and a speedy opportunity to meet the facts or supply others.

The return was demurred to, and it was held, that the facts relied upon in justification should be set forth in the return and not in individual affidavits thereto appended and which are properly no part thereof, and that the only redress the court can give for an evasive answer is a peremptory mandamus and costs. Fletcher vs. Circuit Judge, 39 M., 301 (5).